IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JACK JACOB BRUCE, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>LASHON TAR WALKER, et al., )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:22cv523-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit, which is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order to file an amended complaint that provides fair notice of the claims being presented. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 16th day of November, 2022.**

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**