IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JACK JACOB BRUCE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>LASHON TAR WALKER, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:22cv523-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of November, 2022.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**